UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DANIEL EDWARD MEADE, | ) | |
| Plaintiff, | ) ) | Civil No. 7:20-cv-00062-GFVT |
| v. | ) ) ) | |
| BRIAN MORRIS, et al., | ) | **JUDGMENT** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Complaint filed by Plaintiff Daniel Edward Meade [R. 1] is **DISMISSED**.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 8th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge